UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Julie Muncy, et al., :

        Plaintiffs, :

vs. : Case No. 1:13-cv-830

United States Liability Insurance : Judge Susan Dlott
Company,
 :
        Defendant.

## DISMISSAL ENTRY

Having been apprised by the parties that the claims in the above-captioned matter have been amicably resolved, it is hereby ORDERED that the Plaintiffs' Complaint be and hereby is DISMISSED WITH PREJUDICE. It is further ORDERED that this Court hereby retains jurisdiction to enforce the settlement agreement reached between the parties. Costs to Defendant.

_____
Judge Dlott

APPROVED:

_____
Robert P. Rutter (0021907)
One Summit Office Park, Suite 650
4700 Rockside Road
Cleveland, OH 44131
(216) 642-1425
Attorney for Plaintiffs

_____
Mark S. Maddox (0029852)
CURRY, ROBY & MULVEY CO., LLC
30 Northwoods Blvd., Suite 300
Columbus, OH 43235-4708
(614) 430-8885
Attorney for Defendant